# ATTACHMENT 1

# AlixPartners

**CURRICULUM VITAE
OF
Brett A. Roberson**

---

| | |
|---|---|
| **POSITION** | Director, AlixPartners, LLP, Dallas, Texas |
| **EDUCATION** | B.A. in Business Administration and International Studies, Abilene Christian University |
| **PROFESSIONAL HISTORY** | Mr. Roberson has more than 25 years of experience in information technology and as a forensic investigator and manager. Beginning in 2005, he has continuously provided computer forensic consulting and electronic discovery services for many matters.  Mr. Roberson has a wide range of experience with information technology infrastructure and security, forensic acquisition and forensic analysis, including computer tampering, contractual disputes, employment matters, network intrusions, intellectual property theft, and fraud. |
| **PROFESSIONAL EXPERIENCE** | Mr. Roberson has extensive experience providing design and installation of information technology infrastructures and network security administration. He has provided technical expertise in criminal and civil investigations. As a Director for a global consulting firm, Mr. Roberson has also been tasked with development of policies and procedures, case management, quality control workflows and resource allocation. |
| **RANGE OF EXPERIENCE** | Mr. Roberson has performed a variety of services related to computer forensics and investigations. A sample of these includes:<br>• Computer forensics investigations<br>• Detection of intellectual property theft<br>• Analysis of a computer/cloud user's actions over specific time periods<br>• Recovery of deleted files<br>• Forensic analysis of electronic document authenticity and metadata<br>• Defensible forensic collection of ESI<br>• Filtering and searching for responsive documents and the de-duplication of mass ESI<br>• Client site assessment of ESI, assistance with identification of |

**Brett A. Roberson**<br>**PAGE 2**

---

- items potentially responsive to eDiscovery obligations
- Remote forensic imaging and analysis

| | |
|---|---|
| **ACCREDITATIONS AND LICENSES** | EnCase® Certified Examiner (EnCE), Guidance Software – Recertification in Process<br>CCE Certification in Process<br>GIAC GCFR Certification in Process |
| **ADDITIONAL TRAINING AND EDUCATION** | SANS FOR509 – Enterprise Cloud Forensics and Incident Response – IN PROGRESS<br><br>Magnet Axiom Investigations<br><br>Apple iOS Mobile Forensics, Blackbag Technologies<br><br>Intermediate Apple OSX Hardware and Software Forensics – Blackbag Technologies<br><br>EnCase NTFS, Guidance Software<br><br>CISSP Training and Certification (Does Not Possess Cert Post-Expiry)<br><br>EnCase Advanced Internet & Email Examinations, Guidance Software<br><br>EnCase Internet & Email Examinations, Guidance Software<br><br>EnCase Intermediate Computer Forensics, Guidance Software<br>EnCase Level 1 Computer Forensics, Guidance Software<br>Interrogation and Elicitation Techniques, BIA<br>Private Investigations Skip Tracing, Surveillance and Interrogation and Elicitation Techniques, PIEducation<br>Intermediate Microsoft SQL Training - LearningTree |
| **Testimony** | January 2021: Provided deposition testimony related to iOS backup data recovery in Securities and Exchange Commission v Eric Pulier. In the United States District Court; Central District of California. Case No. 17-CV-07124-PSG (RAOx). |
| **Other Relevant** | Managed and conducted forensic analyses focusing on document and |

**Brett A. Roberson**
**PAGE 3**

---

**Experience**

email forgery allegations on a high-profile cryptocurrency dispute. Prepared for Federal court testimony as expert witness for defense counsel.

Performed a deep dive analysis of PDF documents in which a vendor representative altered invoices to a client to inflate the receivables by over USD $300,000.

Managed and conducted investigation of financial services firm employee allegedly performing identity theft and wire fraud that led to separation of the employee and court ordered remuneration. Additional examination for company around obligations to inform client and public re: potential data breach. Analysis yielded significant attempts at obfuscation of web browser history and stolen login information.

Conducted high profile forensic imaging and analysis of over 400 laptops, desktops and mobile devices involved in mobile device hacking incident by a global media conglomerate.

Provided numerous sworn affidavits and declarations regarding the validity and admissibility of various forensic artifacts, computing and mobile devices, and cloud data sources.