# EXHIBIT B

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # WF-4159795

On (date) JANUARY 14, 2026

item(s) listed below were:
- [x] Received From
- [ ] Returned To
- [ ] Released To
- [ ] Seized

(Name) _____
(Street Address) 313 S. ROYAL ST.
(City) ALEXANDIA, VA 22314

Description of Item(s):

(1) HS HANDY RECORDER S/N 227313 in case
(1) SILVER MACBOOK PRO MODEL A2442 S/N FRW577Y6GN in case
(1) 1TB SEAGATE PORTABLE DRIVE MODEL SRD0ØF S/N NA7Q49SF
(1) SILVER MACBOOK PRO MODEL A2442 S/N TFQC597H41 with charging cable
(1) PURPLE GARMIN FORERUNNER 165 S/N 8A2015865 with charging cable
(1) PINK iPHONE with black case and white charging cable + stand

Received By: /s/ Matthew (Signature)

Received From: _____ (Signature)