UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **IN RE SEARCH OF THE REAL PROPERTY & PREMISES AT 313 SOUTH ROYAL STREET ALEXANDRIA, VA** | Case No. 1:26-sw-00054 |

## LOCAL CRIMINAL RULE 12.4 DISCLOSURE STATEMENT

Pursuant to Local Criminal Rule 12.4 of the Eastern District of Virginia, the Reporters Committee for Freedom of the Press ("Reporters Committee"), by and through undersigned counsel in the above-captioned action, certifies that the Reporters Committee is an unincorporated association of reporters and editors with no parent corporation and no stock. Accordingly, there are no parents, trusts, subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public.

Dated: January 21, 2026                                            Respectfully submitted,

/s Mara Gassmann
Mara Gassmann
VA Bar No. 82131
REPORTERS COMMITTEE FOR
 FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
mgassmann@rcfp.org

*Counsel for Amicus Curiae the Reporters Committee for Freedom of the Press*

## CERTIFICATE OF SERVICE

    I, Mara Gassmann, hereby certify that on January 21, 2026, a copy of the foregoing document was filed electronically using this Court's CM/ECF system, which will cause a copy of the foregoing to be served on counsel for all parties.

Dated: January 21, 2026                              Respectfully submitted,

                                                                */s/ Mara Gassmann*
                                                                  Mara Gassmann
                                                                  REPORTERS COMMITTEE FOR
                                                                     FREEDOM OF THE PRESS

                                                                   *Counsel for Amicus Curiae the Reporters*
                                                                   *Committee for Freedom of the Press*