AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

IN RE SEARCH OF THE REAL PROPERTY...
*Plaintiff*
v.

*Defendant*

Case No. 1:26-sw-00054

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Reporters Committee for Freedom of the Press .

Date: 01/21/2026

/s/ Mara Gassmann
*Attorney's signature*

Mara Gassmann, Va. Bar No. 82131
*Printed name and bar number*
1156 15th St. NW, Suite 1020
Washington, DC 20005

*Address*

mgassmann@rcfp.org
*E-mail address*

(202) 795-9300
*Telephone number*

(202) 795-9310
*FAX number*