IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In the Matter of the Search of the Real Property and Premises at 313 South Royal Street, Alexandria, VA | Case No. 1:26-sw-00054 |

**ORDER GRANTING HANNAH NATANSON'S
MOTION TO AMEND CASE CAPTION**

This matter comes before the Court on Hannah Natanson's motion to amend case caption. Having shown good cause, it is hereby:

ORDERED that the motion to amend case caption is GRANTED.

The Clerk of Court is DIRECTED to amend the case caption in this matter so that it reads, "In the Matter of the Search of the Real Property and Premises of Hannah Natanson."

Dated: __January 22, 2026__

/s/ William B. Porter
United States Magistrate Judge
Hon. William B. Porter