# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): **Sean Douglass**

Electronic Device(s): **Laptop**
**iPhone**

Purpose and Location Of Use: Alexandria Courtroom 900 - Document access; wifi hotspot and two-factor authentication

Case No.: **1:26-sw-00054-WBP**

Date(s) Authorized: **20 Feb 2026**

IT Clearance Waived: **X** (Yes) _____ (No)

APPROVED BY:

/s/ 
William B. Porter
United States Magistrate Judge
United States District/Magistrate/Bankruptcy Judge

Date: **Feb 19, 2026**

A copy of this signed authorization must be presented upon entering the courthouse.

IT Clearance: _____  _____
                     IT Staff Member            Date(s)

**IT clearance must be completed, unless waived, before court appearance.**

46