| | |
|---|---|
| **Date: 12/19/2025** | **Time in court: 1 hour 15  minutes** |

| | |
|---|---|
| **Judge: William B. Porter** | **Case #: 1:26-sw-00054** |
| **Tape: FTR/400** | **Court Reporter: N/A** |

**Case**: In the Matter of the Search of the Real Property and Premises of Hannah Natanson

☐Status Conference      ☐Final Pretrial Conference      ☒Motion(s) Hearing
☐Other:

**Appearance of counsel for:**
☒Plaintiff: Gordon Kromberg, Christian Dibblee, Joseph Borson

☒Defendant: Simon Latcovich, Nicholas Gamse, Sean Douglass, Thomas Hentoff, Tobin Romero

Motion to/for:

**Ruling on Motion(s):**
☐Granted
☐Denied
☐Granted in Part/Denied in Part
☒Taken under advisement
☐Continued for further review

☐Report and Recommendation to follow
☐Order(s) to follow