IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| In the Matter of the Search of the Real Property and Premises of Hannah Natanson | ) ) ) ) | No. 1:26-sw-00054-WBP |

NOTICE OF FILING OF GOVERNMENT'S 'S MOTION
TO SEAL PURSUANT TO LOCAL RULE 49(E)

The United States has this day filed the Government's 's Motion to Seal, Non-Confidential Memorandum in support thereof, and Proposed Order, pursuant to Local Rule of Court 49(E) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia.

                                                Respectfully submitted,

                                                Todd W. Blanche
                                                Deputy Attorney General

                                             _____/s_____
                                             Gordon D. Kromberg
                                             Assistant United States Attorney
                                             Virginia Bar No. 33676
                                             Assistant United States Attorney
                                             Attorney for the United States
                                             2100 Jamieson Avenue
                                             Alexandria, VA   22314
                                             (703) 299-3700
                                             (703) 837.8242 (fax)
                                             gordon.kromberg@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of February 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all attorneys of record.

            /s            
Gordon D. Kromberg
Assistant United States Attorney