IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

|  |  |  |
|---|---|---|
| In the Matter of the Search of the Real Property and Premises of Hannah Natanson | ) ) ) ) | No. 1:26-sw-00054-WBP |

GOVERNMENT'S NON-CONFIDENTIAL MEMORANDUM
ACCOMPANYING MOTION FOR AN ORDER PROVIDING PROSPECTIVELY
FOR FILING DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 49(E)

Pursuant to Local Rule 49(E) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, the United States asks for an Order sealing the document titled "Redacted Filter Team Procedures with Respect to Search Warrant Executed on January 14, 2026 for Digital Devices, Electronic Storage Media, and Cellphones of Hannah Natanson," that is attached to the Motion to Seal filed in hard copy form contemporaneously with this pleading. A proposed order is attached to this pleading.

I.  Items to be Sealed and Necessity for Sealing

Sealing is necessary because the document contains information with respect to the protocols involved in searching for classified national defense information that should not be disclosed to the public. Counsel for the government has considered procedures other than sealing and none will suffice to protect this information from disclosure.

Names of individual FBI agents involved in the protocol have been redacted.

II. Previous Court Decisions Which Concern Sealing Documents

The Court has the inherent power to seal materials submitted to it. "The trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's

right of access is outweighed by competing interests." *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984).

III.   Period of Time to Have the Documents Under Seal

The materials to be filed under seal would need to remain sealed in perpetuity.

WHEREFORE, the United States requests that an Order be entered allowing the document attached to this motion to be placed Under Seal. An appropriate Order is attached.

Respectfully submitted,

Todd W. Blanche
Deputy Attorney General

_____/s_____
Gordon D. Kromberg
Assistant United States Attorney
Virginia Bar No. 33676
Assistant United States Attorney
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA   22314
(703) 299-3700
(703) 837.8242 (fax)
gordon.kromberg@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of February 2026, I transmitted by email the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all attorneys of record.

                                                      _____/s_____
Gordon D. Kromberg
Assistant United States Attorney
Virginia Bar No. 33676
Assistant United States Attorney
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA   22314
(703) 299-3700
(703) 837.8242 (fax)
gordon.kromberg@usdoj.gov

3