| | |
|---|---|
| **Date:** 3/4/2026 | **Time in court:** 49 minutes |

| | |
|---|---|
| **Judge:** William B. Porter | **Case #:** 1:26-sw-00054 |
| **Tape:** FTR/400 | **Court Reporter:** Stephanie Austin |

**Case**: In the Matter of the Search of the Real Property and Premises of Hannah Natanson

☒Status Conference   ☐Final Pretrial Conference   ☐Motion(s) Hearing
☐Other:

**Appearance of counsel for:**
☒Plaintiff: Gordon Kromberg, Christian Dibblee, Tanner Kroger

☒Defendant: Ame Jeffress, Trisha Anderson, Simon Latcovich, Tobin Romero, James McLaughlin, Aaron Goetzl, Nicholas Gampse

Motion to/for:


**Ruling on Motion(s):**
☐Granted
☐Denied
☐Granted in Part/Denied in Part
☐Taken under advisement
☐Continued for further review

☐Report and Recommendation to follow
☒Order(s) to follow