IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF    ) <br> THE REAL PROPERTY AND PREMISES  ) <br> OF HANNAH NATANSON                         ) | Case No. 1:26-sw-00054 (WBP) |

**ORDER**

The Court finds that the above-captioned case may involve classified information. Federal law provides that federal courts must have security procedures for the handling of classified information, including the appointment of a Classified Information Security Officer ("CISO") from the Litigation Support Group of the Department of Justice. *See* Classified Information Procedures Act ("CIPA"), Pub. L. No. 96-456, § 9, 94 Stat. 2025, 2029 (1980). The Department of Justice Security Officer has recommended to the Court persons qualified to serve as CISOs in this case. In consideration of the above, the Court ORDERS as follows:

1. The Court appoints Jennifer H. Campbell, Supervisory Security Specialist, as the CISO in this case.

2. The Court appoints Daniel O. Hartenstine, Daniella M. Medel, Matthew W. Mullery, William S. Noble, Harry J. Rucker, and Winfield S. "Scooter" Slade as alternate CISOs in this case.

Entered this 4th day of March 2026.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia