**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

In the Matter of the Search of the Real Property and Premises of Hannah Natanson

Case No. 1:26-sw-54-WBP-AJT

## CONSENT MOTION FOR ENTRY OF A MODIFIED SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rule 7, WP Company LLC d/b/a The Washington Post ("The Post") and Ms. Hannah Natanson (collectively, "Movants") respectfully move for a short extension to the briefing schedule for Movants' opposition to the United States's Objections to Magistrate Judge's Memorandum Opinion and Order on the Motion for Return of Property (ECF No. 74) (the "Objections"), such that Movants' opposition will be due on March 25, 2026.

Movants state in support of this motion:

1.     On February 24, 2026, Magistrate Judge Porter issued a Memorandum Opinion and Order on the Motion for Return of Property (the "Return of Property Order").  (ECF No. 062)

2.     On March 10, 2026, the United States filed its Objections to the Return of Property Order.  (ECF Nos. 74 and 75)

3.     On March 12, 2026, this Court entered an order (ECF No. 76) requiring Movants to respond to the United States's Objections (ECF Nos. 74 and 75) by March 18, 2026, at 5:00 p.m.

4.     Local Rule 7(F) requires the non-moving party to file a response brief within 14 days after service of a motion.  Accordingly, Movants' brief in opposition to any objections filed by the United States would ordinarily be due on March 25, 2026.

5.      Local Rule 7(I) provides that "requests for an extension of time relating to motions must be in writing."

6.      On March 13, 2026, undersigned counsel contacted counsel for the United States and requested an extension to respond to the Objections until March 25, 2026, at 5:00 p.m. Counsel for the United States consent to this request.

7.      This modest extension will enable Movants to fully address the issues raised in this case.  The extension would also allow Movants equal time to the two weeks afforded to the United States to prepare its Objections pursuant to Local Rule 7(F).

8.      A Proposed Modified Scheduling Order is attached.

**The Post does not seek oral argument on this motion.**


Dated: March 13, 2026                        Respectfully submitted,

                                             /s/ Simon Latcovich
                                             Simon A. Latcovich (VSB No. 73127)
                                             Sean M. Douglass (VSB No. 83835)
                                             Thomas G. Hentoff (*pro hac vice*)
                                             Tobin J. Romero (*pro hac vice*)
                                             Nicholas G. Gamse (*pro hac vice*)
                                             WILLIAMS & CONNOLLY LLP
                                             680 Maine Avenue SW
                                             Washington, DC 20024
                                             Telephone: (202) 434-5000
                                             Facsimile: (202) 480-8371
                                             slatcovich@wc.com
                                             sdouglass@wc.com
                                             thentoff@wc.com
                                             tromero@wc.com
                                             ngamse@wc.com

                                             *Counsel for Movant The Washington Post*

                                             /s/ Amy Jeffress
                                             Amy Jeffress (VSB No. 36060)
                                             Trisha Anderson (*pro hac vice*)
                                             HECKER FINK LLP

1050 K Street NW, Suite 1040
Washington, DC 20001
Telephone: (212) 763-0883
ajeffress@heckerfink.com
tanderson@heckerfink.com

*Counsel for Movant Hannah Natanson*

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2026, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Eastern District of Virginia, using the electronic case filing system of the court.


/s/ Simon Latcovich
Simon A. Latcovich (VSB No. 73127)

*Counsel for The Washington Post*