UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

In the Matter of the Search of the Real Property and Premises of Hannah Natanson,

No. 1:26-sw-00054-AJT-WBP

**CONSENT MOTION FOR EXTENTION OF TIME
TO FILE SUPPLEMENTAL BRIEFS**

The United States of America, by counsel, respectfully requests a one-week extension of time for the parties to file the supplemental briefs ordered by this Court, specifically by the magistrate judge. *See* ECF No. 72. Counsel for the Washington Post and Ms. Natanson (collectively, Movants) consent to this relief.

As the Court knows, the Government filed objections to the magistrate judge's Memorandum Opinion and Order. *See* ECF No. 74. Those objections have been assigned to a district court judge, who has ordered Movants to file their response to those objections by March 18, 2026. *See* ECF No. 76. That is the same day that the magistrate judge ordered the parties to submit supplemental briefs consistent with a discussion on the record during a status conference on March 4, 2026. *See* ECF No. 72.

On March 13, the Government consented to Movants' request for a one-week extension—namely, to March 25—of their deadline to respond to the pending objections. *See* ECF No. 77. With Movants' consent, the Government asks that the supplemental-briefing deadline be extended by the same amount of time. Keeping both filings on the same schedule ensures that Movants' response to the Government's objections is on the same record as when the Government filed those objections. This will promote clarity in the proceedings while still providing the information the magistrate judge requested.

Moreover, additional time will help the Government gather further details in response to the information the magistrate judge requested during the March 4 status conference while the Federal Bureau of Investigation continues to assess the logistical requirements of the Court's proposed plan for review. More time will also assist the schedules of the undersigned Government counsel, both of whom have filing deadlines in the coming days in emergency litigation.

As noted, Movants consent to this requested relief. The Government therefore requests that the magistrate judge extend the deadline for the parties' supplemental briefs by one week, resulting a new deadline of March 25, 2026.

Dated: March 14, 2026         Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOHN A. EISENBERG
Assistant Attorney General
National Security Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

*/s/ Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar No. 85519)
Assistant Branch Director
Civil Division, Federal Programs Branch

CHRISTIAN DIBBLEE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 514-1944
Email: Joseph.Borson@usdoj.gov

*Counsel for the United States*