# UNITED STATES DISTRICT COURT
## CRIMINAL MOTION MINUTES

Date: **4/9/2026**                          Judge:        Anthony J. Trenga
Time: **10:00 – 10:44**                     Reporter:     Rhonda Montgomery
                                            Deputy Clerk:  Dani Zirk

Case Number: **1:26-SW-54**

## UNITED STATES OF AMERICA

vs.

## 313 SOUTH ROYAL STREET, ALEXANDRIA, VA

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| **Christian Dibblee** | **Simon Latcovich** |
| **Alex Haas** | **Nicholas Gampse** |
| **David Courchaine** | **Dorothy Ames Jeffress** |
| **Anthony Aminoff** | **Trisha Anderson** |
| | **Tobin Romero** |
| | **Jay Kennedy** |

PROCEEDINGS:

Motion to/for:

[74] Motion: Objections to Magistrate Judge's Opinion and Order by deft.

Argued and
(  ) Granted                (  ) Denied         (  ) Granted in part/Denied in part
(**X**) Taken Under Advisement          (  ) Continued to

(**X**) Order to Follow