| **Date: 4/9/2026** | **Time: 11:19a – 11:57a** |
|---|---|

| **Judge: William B. Porter** | **Case #: 1:26-sw-54** |
|---|---|
| **Tape: FTR/400** | **Court Reporter: N/A** |

**Case**: In the Matter of the Search of the Real Property and Premises of Hannah Natanson

☒Status Conference  ☐Final Pretrial Conference  ☐Motion(s) Hearing
☐Other:

**Appearance of counsel for:**
☒Plaintiff: Christian Dibblee, David Courchaine

☒Movant: Simon Latcovich, Nicholas Gamse, Tobin Romero, Dorothy Jeffress, Trisha Anderson

Motion to/for:

**Ruling on Motion(s):**
☐Granted
☐Denied
☐Granted in Part/Denied in Part
☐Taken under advisement
☐Continued for further review

☐Report and Recommendation to follow
☒Order(s) to follow