IN THE MATTER OF THE SEARCH OF )
THE REAL PROPERTY AND )     Case No. 1:26-sw-00054 (WBP/AJT)
PREMISES OF HANNAH NATANSON )

## ORDER

On April 9, 2026, the Court held a status conference. (ECF No. 96.) For the reasons the Court stated on the record at the April 9, 2026, hearing, and based on the parties' supplemental memoranda (ECF Nos. 87–88), the Court ORDERS as follows:

1. The Court modifies the January 21, 2026, Standstill Order (ECF No. 18) only to permit the Government to finish processing the seized material. The Government may *not* substantively review any data from the seized material. Only CART members with no connection to the underlying investigation may process the seized material, and the Government must ensure that those CART members are walled off from the prosecution and investigation teams, with no communications between them regarding the search warrant or the underlying investigation.

2. The Government must submit a report on the status of its efforts to process the seized material by 5:00 p.m. on April 17, 2026, and on each subsequent Friday until the Government reports that processing is complete.

3. The Government's status report must also provide the Court with a point of contact to initiate the Court's review as well as a list of proposed non-confidential search terms. The Government may provide confidential search terms to the Court *ex parte*.

4. By 5:00 p.m. on April 24, 2026, Movants may file a brief describing their position on the Government's proposed non-confidential search terms. By the same deadline, Movants

may file with the Court for *ex parte* review any information Movants believe may assist the Court, as well as a list of persons who may have been involved in privileged communications.

5.      To allow the Government's CART team time to create the Court's review profile and prepare for the Court's initial visit to the NVRA, the Court will not commence its review before April 27, 2026.

Entered this 9th day of April 2026.

William B. Porter
United States Magistrate Judge

Alexandria, Virginia