**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |
|---|---|
| In the Matter of the Search of the Real Property and Premises of Hannah Natanson | Case No. 1:26-sw-00054-WBP-AJT |

**MEMORANDUM OF LAW IN SUPPORT OF
HANNAH NATANSON'S MOTION TO AMEND CASE CAPTION**

Amy Jeffress (VSB No. 36060)
Trisha Anderson (*pro hac vice*)
HECKER FINK LLP
1050 K Street NW, 10th Floor
Washington, DC 20001
(212) 763-0883
ajeffress@heckerfink.com
tanderson@heckerfink.com

*Counsel for Hannah Natanson*

1.      Hannah Natanson moves for an order amending the case caption so that the name of the Defendant is modified to, "The Real Property and Premises of Hannah Natanson."

2.      Natanson further moves for an order directing the Clerk of Court to update the docket in this case to replace references to Natanson's home address with "The Real Property and Premises of Hannah Natanson."

3.      The Defendant's name in this case is Natanson's home address.

4.      Natanson previously moved to amend the case caption in this matter to remove her home address.  ECF No. 23.  The Court granted that motion and directed the Clerk of Court to amend the case caption.  ECF No. 29.

5.      Docket entries in this matter, however, have continued to include Natanson's home address.  *E.g.*, ECF Nos. 97–101, 102–107.

6.      The proposed amendment will protect Natanson's privacy interests by removing her home address from the publicly available docket in this matter.  Good cause therefore exists to amend the case caption.

7.      The removal of Natanson's home address from the docket in this matter will not prejudice any party to this matter.

8.      Undersigned counsel contacted the other parties regarding this motion, and the other parties do not oppose the requested relief.

9.      The Court has the authority to order the requested relief.  *See, e.g.*, *Perry-Bey v. United States Dep't of Def.*, 2023 WL 10450438, at *6 (E.D. Va. Mar. 16, 2023) (granting motion to amend case caption).

10.     For the foregoing reasons, Natanson respectfully requests that the Court grant this motion and enter the attached proposed order.

1

Dated: April 16, 2026                      Respectfully submitted,

                                           /s/ Amy Jeffress
                                           Amy Jeffress (VSB No. 36060)
                                           Trisha Anderson (*pro hac vice*)
                                           HECKER FINK LLP
                                           1050 K Street NW, 10th Floor
                                           Washington, DC 20001
                                           (212) 763-0883
                                           ajeffress@heckerfink.com
                                           tanderson@heckerfink.com

                                           *Counsel for Hannah Natanson*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of April 2026, I electronically filed the foregoing memorandum of law with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to counsel of record.

/s/ Amy Jeffress
Amy Jeffress (VSB No. 36060)
HECKER FINK LLP
1050 K Street NW, 10th Floor
Washington, DC 20001
(212) 763-0883
ajeffress@heckerfink.com

*Counsel for Hannah Natanson*