**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

IN THE MATTER OF THE SEARCH OF     )
THE REAL PROPERTY AND PREMISES    )      Case No. 1:26-sw-00054 (WBP/AJT)
OF HANNAH NATANSON              )
                                        )

## <u>ORDER</u>

The Court, on its own initiative, schedules a status conference for May 13, 2026, at 11:30 a.m. Counsel for the parties must be prepared to discuss their supplemental filings as to the Government's confidential and non-confidential search terms and Movants' privileged communications.

Entered this 5th day of May 2026

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia