| Date: 05/13/2026 | Time: 11:36a - 12:17p |
|---|---|

| Judge: William B. Porter | Case #: 1:26-sw-54 |
|---|---|
| Tape: FTR/400 | Court Reporter: Stephanie Austin |

Case: The Matter of the Search of the Real Property and Premises of Hannah Natanson

Hearing: Status Conference

Appearance of counsel for:

Plaintiff: David Courchaine, Anthony Aminoff

Washington Post: Simon Latcovich, Nicholas Gamse
Defendant: Dorothy Jeffress, Trisha Anderson                    ⊞

Motion to/for:

Ruling on Motion(s):

☐ Granted
☐ Denied
☐ Granted in Part/Denied in Part
☐ Taken under advisement
☐ Continued for further review

☐ Report and Recommendation to follow
☐ Order(s) to follow