**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

IN THE MATTER OF THE SEARCH OF          )
THE REAL PROPERTY AND PREMISES     )          Case No. 1:26-sw-000054 (WBP/AJT)
OF HANNAH NATANSON                            )

## ORDER

On May 21, 2026, the United States of America ("Government") filed its sixth status report, as ordered by the Court. ("Status Report," ECF No. 137.) In the Status Report, the Government provided "hit counts" for certain search terms and provided an update on its attempt to process Hannah Natanson's running watch ("Running Watch"). Having reviewed the Status Report, the Court ORDERS as follows:

1.      The Court GRANTS the Government's request to conduct manual processing on the Running Watch as described in the Status Report.

2.      The Court GRANTS the Government's request to run the modified search terms as described in Attachment B to the Status Report, filed under seal, and Attachment C, filed *ex parte* with the Court.

The Court began its review of the material seized from Ms. Natanson on May 18, 2026, and that review is ongoing. The Court has completed its review of Ms. Natanson's Audio Recorder and Associated SD Card and finds they may be returned to Ms. Natanson. The Court ORDERS the Government to address the return of the recorder and card in its next status report.

Entered this 26th day of May 2026

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia