**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of the Search of the Real Property and Premises of Hannah Natanson | Case No. 1:26-sw-00054-WBP-AJT |

**HANNAH NATANSON'S UNOPPOSED MOTION TO RESCHEDULE STATUS CONFERENCE**

Hannah Natanson respectfully submits this Unopposed Motion to Reschedule the October 2, 2026, status conference, and states the following in support of this Motion:

1. On September 16, 2026, the Court issued an Order (ECF 172) setting a status conference for 3:00 p.m. on October 2, 2026.

2. Ms. Natanson and counsel have a previously scheduled and unmovable conflict with the October 2, 2026, date.

3. Accordingly, undersigned counsel contacted counsel for the United States and Washington Post regarding a modification of the hearing date. Neither counsel for the United States nor the Washington Post oppose a modification of the hearing date.

4. The parties conferred and are available on September 28, 2026, at any time convenient to the Court.

5. This Motion is filed for good cause, not for the purposes of delay, and will not prejudice any party to this proceeding.

6. Accordingly, Hannah Natanson respectfully requests that this Motion be granted and that the October 2, 2026 hearing be rescheduled to September 28, 2026, at a time convenient to the Court.

Dated: September 21, 2026

Respectfully submitted,

/s/ Amy Jeffress
Amy Jeffress (VSB No. 36060)
Trisha Anderson (*pro hac vice*)
HECKER FINK LLP
1050 K Street NW, 10th Floor
Washington, DC 20001
(212) 763-0883
ajeffress@heckerfink.com
tanderson@heckerfink.com

*Counsel for Hannah Natanson*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September 2026, I electronically filed the foregoing motion to amend case caption with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to counsel of record.

/s/ Amy Jeffress
Amy Jeffress (VSB No. 36060)
HECKER FINK LLP
1050 K Street NW, 10th Floor
Washington, DC 20001
(212) 763-0883
ajeffress@heckerfink.com

*Counsel for Hannah Natanson*