**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | ) | |
| THE REAL PROPERTY AND | ) | Case No. 1:26-sw-00054 (WBP/AJT) |
| PREMISES OF HANNAH NATANSON. | ) | |

**ORDER**

The Court held a status conference in this matter on October 5, 2026, at 10:00 a.m. in Courtroom 400 before the undersigned. The Court and the parties discussed the status of discovery in the case and next steps.

Entered this 6th day of October 2026.

William B. Porter
United States Magistrate Judge

Alexandria, Virginia